UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jaquan Henderson,
    Petitioner,

-v-

Shane Jackson,
    Respondent.

No. 1:15-cv-1144

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** May 31, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge